## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **M.A.** by and through his parents MIGUEL AVILA, SR. and HERMINA AVILA, **F.L.** by and through his mother, JACQUETTA PEARSON, **Y.R.** by and through her mother CAROLINA BARRANCO, **H.S.** by and through his parents RICARDO SORIA and GEORGINA RIVERA, individually and on behalf of a class, Plaintiffs, vs. **PATRICIAL R. BELLOCK**, in her official capacity as Director of the Illinois Department of Healthcare and Family Services, Defendant. | No. 15-3116<br><br>Judge: Joan H. Lefkow<br><br>Magistrate: Sheila M. Finnegan |

## AGREED MOTION FOR THE ENTRY OF JUDGMENT ORDER

Pursuant to the Settlement Agreement approved by this Court on December 18, 2018 (Dkt. # 159), Plaintiffs and Defendants respectfully move this Court to enter a Judgment Order for the payment of reasonable attorneys' fees and costs incurred by Class Counsel, all in accordance with the express terms of the Decree.

Pursuant to paragraph 28 of the Settlement Agreement, the Defendant shall pay to Class Counsel the sum of $550,000 in the manner set forth in written instructions provided by Class Counsel and agreed to by the Parties. The payment of $550,000 shall be set forth in a Judgment Order to be entered by the Court.

Upon the filing of this Agreed Motion for the Entry of Judgment Order, Class Counsel will email to this Court, a proposed Judgment Order.

WHEREFORE, Plaintiffs and Defendant respectfully request that this Court enter the proposed Judgment Order providing for payment of attorneys' fees and costs in the total amount of $550,000 (as more fully set forth in the proposed Judgment Order), reflecting the agreed upon distribution by the parties.

Dated: January 17, 2019

Respectfully submitted,

**For Plaintiffs**

**For Defendant**

By: /s/Robert H. Farley, Jr.

By: /s/ R. Douglas Rees

Robert H. Farley, Jr.
Robert H. Farley, Jr. Ltd.
1155 S. Washington St., Suite 201
Naperville, IL 60540

R. Douglas Rees
Office of the Attorney General of the State of Illinois
100 West Randolph Street, 12th Floor
Chicago, Illinois  60601

Thomas D. Yates
Legal Council for Health Justice
180 N. Michigan Avenue, Suite 2110
Chicago, IL 60601

Mary Denise Cahill
Cahill & Associates Law Group LLC
1155 S. Washington St., Suite 106
Naperville, IL 60540

## **CERTIFICATE OF SERVICE**

      I, Caroline G. Chapman, one of the Attorneys for the Plaintiffs', deposes and states that he caused the foregoing Agreed Motion for Entry of Judgment Order to be served by electronically filing said document with the Clerk of the Court using the CM/ECF system, this 17th day of January, 2019.

      */s/ Caroline G. Chapman*